IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL HAWKINS,

    Plaintiff,

  v.

POLAR TANKERS, INC., et al.,

    Defendants.
                                 /

No. C 12-03058 JSW

**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

The Court HEREBY GRANTS the request by counsel Denise Savoie Lautmann for Defendants ConocoPhillips Company and Polar Tankers, Inc. to appear by telephone at the case management conference set for 1:30 p.m. on September 28, 2012. However, counsel Kathrine L. Glenn shall attend the case management conference in person. By no later than noon on September 26, 2012, counsel Denise Savoie Lautmann shall file a document that provides a direct land line number at which she will be available for the case management conference.

**IT IS SO ORDERED.**

Dated: September 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE