EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>Plaintiff,<br><br>vs.<br><br>POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and Does One through Five, Inclusive,<br><br>Defendants. | Case No.: CV 12-03058 JSW<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS POLAR TANKERS, INC. AND CONOCOPHILLIPS COMPANY; [PROPOSED] ORDER ALLOWING SUBSTITUTION OF ATTORNEYS |

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Polar Tankers, Inc. and ConocoPhillips Company ("Defendants") substitute Emard Danoff Port Tamulski & Paetzold LLP (by Eric Danoff and Katharine Essick) as counsel for Defendants in place of Lautmann & Glenn LLP (by Denise Savoie Lautmann and Katherine L. Glenn).

///
///
///
///
///
///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS POLAR TANKERS, INC. AND CONOCOPHILLIPS COMPANY
Case No.: CV 12-03058 JSW


| | |
|---|---|
| 1 | We consent to this substitution: |
| 2 | Dated: November 25, 2012    Polar Tankers, Inc. |
| 3 | |
| 4 | By _____<br>Chris Bulera |
| 5 | President |

We consent to this substitution:

Dated: November 25, 2012    ConocoPhillips Company

By _____
Kelly Herrera
Counsel, Claims and Litigation
ConocoPhillips Legal Department

We consent to this substitution:

Dated: November 30, 2012    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____
Eric Danoff (60915)
Katharine Essick (219426)

Substituted Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

We consent to this substitution:

Dated: November 30, 2012    LAUTMANN & GLENN LLP

By _____
Denise Savoie Lautmann (124155)
Katherine L. Glenn (269987)
150 Willowbrook, Drive

Former Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 460
San Francisco, CA 94105

- 2 -

NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS POLAR TANKERS, INC. AND CONOCOPHILLIPS COMPANY

[PROPOSED] ORDER ALLOWING SUBSTITUTION OF ATTORNEYS

The Court orders that as of this date Emard Danoff Port Tamulski & Paetzold LLP (Eric Danoff and Katharine Essick) is substituted in as counsel of record for defendants Polar Tankers, Inc. and ConocoPhillips Company in place of Lautmann & Glenn LLP (Denise Savoie Lautmann and Katherine L. Glenn).

Dated: December 5, 2012

_____
UNITED STATES DISTRICT JUDGE