EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>POLAR TANKERS, INC.,<br>CONOCOPHILLIPS COMPANY, and<br>Does One through Five, Inclusive,<br><br>    Defendants. | Case No.: CV 12-03058 JSW<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS POLAR TANKERS, INC. AND CONOCOPHILLIPS COMPANY;** [PROPOSED] **ORDER ALLOWING SUBSTITUTION OF ATTORNEYS** |

TO: ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Polar Tankers, Inc. and ConocoPhillips Company ("Defendants") substitute Emard Danoff Port Tamulski & Paetzold LLP (by Eric Danoff and Katharine Essick) as counsel for Defendants in place of Lautmann & Glenn LLP (by Denise Savoie Lautmann and Katherine L. Glenn).

///
///
///
///
///
///

We consent to this substitution:

Dated: November 25, 2012          Polar Tankers, Inc.

By _____
Chris Bulera
President

We consent to this substitution:

Dated: November 25, 2012          ConocoPhillips Company

By _____
Kelly Herrera
Counsel, Claims and Litigation
ConocoPhillips Legal Department

We consent to this substitution:

Dated: November 30, 2012          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____
Eric Danoff (60915)
Katharine Essick (219426)

Substituted Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

We consent to this substitution:

Dated: November 30, 2012          LAUTMANN & GLENN LLP

By _____
Denise Savoie Lautmann (124155)
Katherine L. Glenn (269987)
150 Willowbrook, Drive

Former Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 460
San Francisco, CA 94105

- 2 -

NOTICE OF SUBSTITUTION OF ATTORNEYS BY DEFENDANTS POLAR TANKERS, INC. AND CONOCOPHILLIPS COMPANY

**[PROPOSED] ORDER ALLOWING SUBSTITUTION OF ATTORNEYS**

The Court orders that as of this date Emard Danoff Port Tamulski & Paetzold LLP (Eric Danoff and Katharine Essick) is substituted in as counsel of record for defendants Polar Tankers, Inc. and ConocoPhillips Company in place of Lautmann & Glenn LLP (Denise Savoie Lautmann and Katherine L. Glenn).

Dated: December 5, 2012

_____
UNITED STATES DISTRICT JUDGE