EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>  Plaintiff,<br><br>  vs.<br><br>POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and Does One through Five, Inclusive,<br><br>  Defendants. | Case No.: CV 12-03058 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE** |

By Civil Minute Order dated September 28, 2012, the Court set a private mediation deadline of May 15, 2013. For a variety of reasons discovery has taken longer than expected, and both Plaintiff and Defendants believe further discovery is needed for a meaningful mediation. The parties are cooperating in discovery, but the ship in question (which is a large tanker) was not available for inspection until March 24 in the State of Washington, Plaintiff lives in Michigan, his medical condition is still evolving (this is a personal injury case), and his treating doctors are all in Michigan, so none of the discovery can be undertaken locally. Subject to the Court's continuing the mediation deadline, the parties have scheduled a mediation before private mediator Harris Weinberg in San Francisco on July 30, 2013, because they expect by that time to have completed sufficient discovery to maximize the chances of settlement. The parties therefore jointly request the Court to reset the mediation deadline to August 1, 2013, or to a date

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
**49 Stevenson Street**
**Suite 400**
**San Francisco, CA 94105**

- 1 -

STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.: CV 12-03058 JSW

1  shortly thereafter.

2  Dated: April 8, 2013           EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

3

4                                 By    /s/ Eric Danoff
                                         Eric Danoff
                                  Attorneys for Defendants
5                                 Polar Tankers, Inc. and ConocoPhillips Company

6

7  Dated: April 8, 2013           LAW OFFICES OF LYLE C. CAVIN, JR.

8                                 By    /s/ Lyle C. Cavin, Jr.
                                         Lyle C. Cavin, Jr.
9                                 Attorneys for Plaintiff
                                  Paul Hawkins

10

11

12                        **ORDER RESETTING MEDIATION DEADLINE**

13     Pursuant to the stipulation of the parties, and good cause appearing, the Court resets the

14  deadline to complete private mediation to August 1, 2013. and CONTINUES the Case Management
    Conference to August 16, 2013 at 1:30 p.m.
15

16  Dated: April  12 , 2013                    _____
                                                       Jeffrey S. White
17                                                     United States District Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.:  CV 12-03058 JSW