EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS, | Case No.: CV 12-03058 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE** |
| vs. | |
| POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and Does One through Five, Inclusive, | |
| Defendants. | |

By Civil Minute Order dated September 28, 2012, the Court set a private mediation deadline of May 15, 2013. For a variety of reasons discovery has taken longer than expected, and both Plaintiff and Defendants believe further discovery is needed for a meaningful mediation. The parties are cooperating in discovery, but the ship in question (which is a large tanker) was not available for inspection until March 24 in the State of Washington, Plaintiff lives in Michigan, his medical condition is still evolving (this is a personal injury case), and his treating doctors are all in Michigan, so none of the discovery can be undertaken locally. Subject to the Court's continuing the mediation deadline, the parties have schedued a mediation before private mediator Harris Weinberg in San Francisco on July 30, 2013, because they expect by that time to have completed sufficient discovery to maximize the chances of settlement. The parties therefore jointly request the Court to reset the mediation deadline to August 1, 2013, or to a date

- 1 -
STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.: CV 12-03058 JSW

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

shortly thereafter.

Dated: April 8, 2013  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By  /s/ Eric Danoff
  Eric Danoff
Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

Dated: April 8, 2013  LAW OFFICES OF LYLE C. CAVIN, JR.

By  /s/ Lyle C. Cavin, Jr.
  Lyle C. Cavin, Jr.
Attorneys for Plaintiff
Paul Hawkins

**ORDER RESETTING MEDIATION DEADLINE**

Pursuant to the stipulation of the parties, and good cause appearing, the Court resets the deadline to complete private mediation to August 1, 2013. and CONTINUES the Case Management Conference to August 16, 2013 at 1:30 p.m.

Dated: April 12, 2013

_____
United States District Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.: CV 12-03058 JSW

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105