EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>        Plaintiff,<br><br>vs.<br><br>POLAR TANKERS, INC.,<br>CONOCOPHILLIPS COMPANY, and<br>Does One through Five, Inclusive,<br><br>        Defendants. | Case No.: CV 12-03058 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE** |

By Order dated April 12, 2013, the Court set a private mediation deadline of August 1, 2013. The parties presently have a mediation scheduled before Harris Weinberg in San Francisco on July 30, 2013. The parties have engaged in discovery since April 12, 2013, including the deposition of the Plaintiff, an independent medical examination of the Plaintiff, issuance of Requests for Production and Interrogatories by Defendants, responses by Plaintiff to that written discovery, and additional production of records by both parties. Plaintiff wishes to take depositions of personnel of Defendants in Houston before the mediation, and due to scheduling conflicts, particularly the trial schedule of counsel for Plaintiff, he cannot take those depositions until late July at the earliest. In addition Plaintiff revealed at his deposition on May 29 that he had a recent knee surgery, and counsel need to obtain the records of that surgery and possibly do follow-up discovery to determine whether that surgery was caused by the incidents

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.: CV 12-03058 JSW

in issue in this lawsuit. Plaintiff believes that further discovery is needed for a meaningful mediation, and Defendants agree. Subject to the Court's continuing the mediation deadline, the parties tentatively have scheduled a new mediation date before Harris Weinberg on August 27, 2013. The parties therefore jointly request the Court to reset the mediation deadline to August 30, 2013, or to a date shortly thereafter, and to concomitantly reschedule the Case Management Conference presently set for August 16, 2013, at 1:30 p.m.

Dated: June 3, 2013        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By   /s/ Eric Danoff
     Eric Danoff
Attorneys for Defendants
Polar Tankers, Inc. and ConocoPhillips Company

Dated: June 3, 2013        LAW OFFICES OF LYLE C. CAVIN, JR.


By   /s/ Lyle C. Cavin, Jr.
     Lyle C. Cavin, Jr.
Attorneys for Plaintiff
Paul Hawkins

### ORDER RESETTING MEDIATION DEADLINE AND CMC

Pursuant to the stipulation of the parties, and good cause appearing, the Court resets the deadline to complete private mediation to August 30, 2013, and continues the Case Management Conference presently schedule for August 16, 2013, to August 30, 2013, at 1:30 p.m.

Dated: June 4, 2013        _____
                            Jeffrey S. White
                            United States District Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER RESETTING MEDIATION DEADLINE
Case No.: CV 12-03058 JSW