EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc.
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>POLAR TANKERS, INC.,<br>CONOCOPHILLIPS COMPANY, and<br>Does One through Five, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 12-03058 JSW<br><br>**STIPULATION FOR PROTECTIVE ORDER AND [**PROPOSED**] ORDER** AS MODIFIED<br><br>Date Action Filed:　　June 14, 2012 |

### STIPULATION

Plaintiff Paul Hawkins, through his attorney Lyle C. Cavin, Jr. of the Law Offices of Lyle C. Cavin, Jr., and defendants Polar Tankers, Inc. ("Polar") and ConocoPhillips Company ("COP"), through their attorney Eric Danoff of Emard Danoff Port Tamulski & Paetzold LLP, stipulate and request the Court to order as follows:

### CONFIDENTIAL MATERIAL

1. This Stipulation and Order governs the exchange and disclosure of Confidential Information, including but not limited to information relating to the Polar and COP Safety Quality Environmental Management System ("SQEMS") Manual and the Health and Safety Manual portion of the SQEMS Manual (the "Manuals").

2. "Confidential Information" shall mean all documents and information, in whatever form, that are: (a) protected by a right to privacy or that qualify for

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND PROPOSED PROTECTIVE ORDER
Case No.: CV 12-03058 JSW

protection under applicable law; (b) confidential business, trade secret, or financial information; or (c) reproductions of the Manuals.

3. Each page or portion of a page of Confidential Information provided in writing shall be marked or designated as such, using a rubber stamp or other appropriate means, with the word "Confidential" or equivalent language. Any "Confidential" designation that is inadvertently omitted during discovery may be added by written notification to all counsel.

4. In the event of a disagreement over the designation of information as Confidential Information, the parties and any relevant third party shall attempt in good faith to resolve the disagreement before presenting the dispute to the court for resolution.

## USE OF CONFIDENTIAL INFORMATION

5. It is the responsibility of counsel signing this Stipulation and Order on behalf of the parties to maintain all Confidential Information in a secure and appropriate manner so as to allow access to the Confidential Information only to those persons permitted access by this Stipulation and Order.

6. Confidential Information shall be: (a) held in strict confidence; (b) used or reproduced only in connection with the prosecution or defense of the claims in this action, including appeals; and (c) disclosed as necessary only to the following:

   a. A party to the litigation;

   b. Counsel of record to a party to the litigation, including any partner or employee of such counsel and any individual working for the same employer as counsel ("Counsel");

   c. Any expert or consultant who is retained by Counsel and who signs a copy of the attached Acknowledgment and Agreement To Be Bound by Protective Order prior to receipt of the Confidential Information;

   d. The court with jurisdiction in this action, including the judge and jury, and the staff of the court;

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER
Case No.: CV 12-03058 JSW

  e. Non-party support services, including but not limited to outside copying services and court reporting services, as may reasonably be necessary; and

  f. Mediators and/or private judges engaged by the parties to assist in resolving issues in the case.

7. This Stipulation and Order shall not be construed as granting the recipients of Confidential Information any property rights, by license or otherwise, in any Confidential Information.

8. Any Confidential Information shall not be used in or for any other cases, lawsuits, proceedings, claims, disputes, or for any commercial, business, competitive, or other purpose.

9. Counsel for the party producing Confidential Information shall be notified promptly of any loss or unauthorized disclosure of Confidential Information.

**USE OF CONFIDENTIAL INFORMATION IN DEPOSITION AND COURT**

10. A deposition witness or attendee who is not allowed access to Confidential Information under this Stipulation and Order shall be provided a copy of this Stipulation and Order, be informed of its terms, and agree to abide by its terms.

11. The parties agree to take reasonable measures to protect the Confidential Information from collateral disclosure should a party to this action wish to disclose Confidential Information in court, either at a hearing or in trial.

**FILING CONFIDENTIAL INFORMATION WITH THE COURT**

12. Anyone filing Confidential Information or documents containing Confidential Information with the public courthouse or providing documents to the clerk of the court for public filing or inspection shall be filed under seal pursuant to ~~applicable~~ Northern District Civil Local Rule 79-5. ~~court rules~~. If a party fails to file Confidential Information or documents containing Confidential Information under seal, any other party may request that the clerk of court seal the filing in accordance with this Stipulation and Order.

**DESTRUCTION OF CONFIDENTIAL INFORMATION**

13. At the conclusion of this action, including any appeals, and subject to document

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER
Case No.: CV 12-03058 JSW

retention law, any person or entity other than the parties, their Counsel, and the court who possesses Confidential Information shall either: (a) return the Confidential Information to the party who produced it; (b) destroy the Confidential Information: or (c) otherwise dispose of the Confidential Information as written agreement of the parties or court order may direct. A person who causes the destruction or disposal of Confidential Information pursuant to this Stipulation and Order shall provide counsel with written confirmation of that.

14. The obligations under this Stipulation and Order shall survive the conclusion of this action.

**TERMINATION OF OBLIGATION UNDER THIS STIPULATION AND ORDER**

15. This Stipulation and Order may be terminated by agreement of the parties or by court order. Such termination does not permit any recipient to disclose Confidential Information received prior to termination.

16. The obligations under this Stipulation and Order shall terminate as to particular Confidential Information when the recipient can document that the Confidential Information: (a) was in the public domain at the time it was obtained; (b) entered the public domain through no fault of the recipient after it was obtained; (c) rightfully came into the recipient's possession when no obligation of confidence was in place; or (d) was disposed of pursuant to paragraph 13.

**OTHER PROVISIONS**

17. Any person or entity who becomes an additional party to this action or becomes additional counsel to a party to this action shall be subject to this Stipulation and Order and any written modification of it.

18. This Stipulation and Order may be modified only in writing by agreement of the parties or by court order.

19. This Stipulation and Order may be executed in counterparts. Facsimile or email signatures shall be binding as if original signatures.

20. The parties agree to submit this Stipulation to the Court and to be bound by its

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -
STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER
Case No.: CV 12-03058 JSW

terms subsequent to Court approval of it.

Dated: July 19, 2013     LAW OFFICES OF LYLE C. CAVIN, JR.


By      /s/ Lyle C. Cavin, Jr.
Lyle C. Cavin, Jr.
Attorneys for Plaintiff
Paul Hawkins


Dated: July 19, 2013     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By      /s/ Eric Danoff
Eric Danoff
Attorneys for Defendants
Polar Tankers, Inc.
ConocoPhillips Company

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing, approves the Stipulation and orders that the parties shall comply with its terms and conditions.

Dated: July 19, 2013     _____
JUDGE, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 5 -
STIPULATION AND PROPOSED PROTECTIVE ORDER
Case No.: CV 12-03058 JSW

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE
## BOUND BY STIPULATION FOR PROTECTIVE ORDER

The undersigned person has read and is fully familiar with the provisions of the attached Stipulation for Protective Order filed in the matter Paul Hawkins v Polar Tankers, Inc., et al., U.S. District Court, Northern District of California, Case No. 12-CIV-03058-JSW.

As a condition precedent to the undersigned obtaining or examining any materials or information constituting "Confidential Information" as defined in the Stipulation for Protective Order the undersigned agrees: (a) that the Stipulation for Protective Order is binding on the undersigned; and (b) to observe and comply with the provisions of the Stipulation for Protective Order.

Dated: _____    _____
                           [print name]

                           _____
                           [signature]

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 6 -

STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER
Case No.: CV 12-03058 JSW