EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>            Plaintiff,<br><br>            vs.<br><br>POLAR TANKERS, INC.,<br>CONOCOPHILLIPS COMPANY, and<br>Does One through Five, Inclusive,<br><br>            Defendants. | Case No.: CV 12-03058 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV 12-03058 JSW

1  This case having been fully compromised and settled the parties stipulate pursuant to
2  FRCP Rule 41(a) and request the Court to order that this action be fully dismissed with
3  prejudice, each party to bear its own costs.

4  Dated: October 2, 2013    LAW OFFICES OF LYLE C. CAVIN, JR.

5

6  By  /s/ Lyle C. Cavin, Jr.
        Lyle C. Cavin, Jr.
   Attorneys for Plaintiff
7  Paul Hawkins

8  Dated: October 2, 2013    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
9

10  By  /s/ Eric Danoff
        Eric Danoff
11  Attorneys for Defendants
    Polar Tankers, Inc. and ConocoPhillips Company
12

13
    IT IS SO ORDERED
14
    Dated: October 3, 2013                    /s/ Jeffrey S. White
15                                             United States District Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV 12-03058 JSW

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105