EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com
          kessick@edptlaw.com

Attorneys for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HAWKINS,<br><br>        Plaintiff,<br><br>        vs.<br><br>POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and Does One through Five, Inclusive,<br><br>        Defendants. | Case No.: CV 12-03058 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV 12-03058 JSW

1  This case having been fully compromised and settled the parties stipulate pursuant to
2  FRCP Rule 41(a) and request the Court to order that this action be fully dismissed with
3  prejudice, each party to bear its own costs.

4  Dated: October 2, 2013        LAW OFFICES OF LYLE C. CAVIN, JR.

6                                By_____/s/ Lyle C. Cavin, Jr._____
                                        Lyle C. Cavin, Jr.
7                                 Attorneys for Plaintiff
                                  Paul Hawkins

8
9  Dated: October 2, 2013        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

10                               By_____/s/ Eric Danoff_____
                                        Eric Danoff
11                                Attorneys for Defendants
                                  Polar Tankers, Inc. and ConocoPhillips Company

13
14 IT IS SO ORDERED

15 Dated: __October 3_____, 2013        _____/s/ Jeffrey S. White_____
                                             United States District Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV 12-03058 JSW